AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00385 |
| Kevin Louis Galetto | ) Assigned To : Faruqui, Zia M. |
| DOB: XXXXXX | ) Assign. Date : 4/20/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 111(a) | Assaulting, Resisting, or Impeding Certain Officers or Employees, |
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. § 1512(c)(2) | Obstruction of Justice, |
| 18 U.S.C. § 1752(a)(1), (2), and (4) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, Knowingly Committing an Act of Physical Violence in any Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D), (E), (F), & (G) | Violent Entry and Disorderly Conduct on Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*David J. DiMarco*
Complainant's signature

David DiMarco, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 04/20/2021

Judge's signature

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title